IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL ANTHONY BROWN**                                        **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:14cv214-HSO-RHW**

**GEORGE LISCOMB, LAWRENCE P.**                    **DEFENDANTS**
**BOURGEOIS, JR., and CITY OF BAY**
**ST. LOUIS, MS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to state a claim until such time as *pro se* Plaintiff Paul Anthony Brown demonstrates that his DUI conviction and probation revocation have been invalidated via appeal, post conviction relief, habeas corpus relief, or otherwise.  This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 17th day of July, 2014.

                                               *s/ Halil Suleyman Ozerden*
                                               HALIL SULEYMAN OZERDEN
                                               UNITED STATES DISTRICT JUDGE